LBF B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:   Sonia Ivette Santos Rivera       CASE No.: 07-03276-MCF7

                         :

                         :       RECEIVED AND FILED - MAIL

                         :       Chapter   7

Debtor(s)                                  :       USBC '17 JUN 5 PM3:25

_____           :

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW   APPEARS   (petitioner)   FDIC as Receiver for Eurobank,   of (address):_1601 Bryan Street, Dallas Texas 75201 ~and states that on  (date) 03/20/2013, (name) Eurobank became entitled to receive $8,141.89 as a distribution in the above-entitled case, and now appears in the records of this court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon (check box(es) that apply):

☐ petitioner is the owner of said funds as appear as such in the records of this court;

☐ petitioner is the assignee of the owner's claim to said funds, as evidenced in the attached

☐ Affidavit or Assignment of Right;

**X** petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or

☐ Assignment of Right;

☐ petitioner is the personal representative of the owner's estate, as evidenced in the

☐ Attached Affidavit and/or other identifying documents; or

☐ petitioner is named in a power of attorney by (grantor) _____,

☐ valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to

collect the unclaimed funds described above on behalf of grantor:

☐ as the owner of the claim;

☐ as the owner's attorney-at-law, with authorization to receive said funds;

☐ as the assignee of the owner's claim to said funds;

X as the owner's successor in interest; or

☐ as the personal representative of the owner's estate.

The petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

[List all documents that are attached, e.g., copy of government-issued photo i.d., power of attorney, formal assignment, letter of appointment, court order, etc.]

Letter of Eurobank Receivership Appointment and Acceptance, FDIC Photo ID's for William R. Baucum and Carl T. Maxwell, FDIC Authorization Letter, Notice of Appointment, Declaration, FDIC's Powers and Duties.

WHEREFORE, the petitioner submits to the personal jurisdiction of this court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or (if the petitioner is not the owner) to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

**NOTICE OF RESPONSE TIME**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice otherwise requires.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/2/17 _____ C. Trans Maxwell _____

Date          Printed Name                    Signature

Government Attorney Number:  G02404

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

### CERTIFICATE OF SERVICE

**In Re:** SONIA IVETTE SANTOS RIVERA          **Case No:** 07-03276-MCF7

Assigned to US Bankruptcy Judge:  MILDRED CABAN FLORES

Chapter: 7

I hereby certify that on _____June 2/2017_____, I presented a Petition of Unclaimed Funds to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: debtor's attorney, United States Trustee, trustee, United States Attorney for the District of Puerto Rico.

FDIC as Receiver for Eurobank and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

SONIA IVETTE SANTOS RIVERA
URB BAIROA
GORDEN GATE II
B10 CALLE H
CAGUAS, PR 00727
CAGUAS-PR

In _____Dallas_____, TX, on this _2nd_ day of _____June_____, 2017

s/ _____

Carl T. Maxwell III
Government Attorney Number: G02404
TN BPR# 016800
FDIC Counsel (FDIC employee/attorney)
Federal Deposit Insurance Corporation
1601 Bryan Street
Dallas, TX 75201
Phone: (972) 761-8099
Fax: (972) 761-8181
camaxwell@fdic.gov

# BANKRUPTCY COURT

# DOCUMENTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANTOS RIVERA, SONIA IVETTE

**Debtors**

CASE NO. 07-03276 MCF

CHAPTER 7

### REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011

**TO THE HONORABLE COURT:**

The undersigned trustee of the above entitled estate, reports that the below listed check(s) has (have) not been cashed by the bank upon which drawn. Over ninety (90) days have passed and it (they) has (have) not been presented for payment.

| CHECK NUMBER | NAME | AMOUNT |
|---|---|---|
| 3021 | Citifinancial F/K/A Associates FINA | $1,926.28 |
| 3022 | Eurobank | 8,141.89 |
| 3023 | Westernbank | 6,096.54 |

Accordingly, by checks numbers 3024, 3025 and 3026 in the total amount of $16,164.71, the trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provision of U.S.C. Section 347.

**WHEREFORE,** said trustee prays this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13 day of February, 2013.

**CERTIFICATE OF SERVICE:** I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing in said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

/s/ Wilfredo Segarra Miranda
**WILFREDO SEGARRA MIRANDA**
Chapter 7 Trustee
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 725-6160 \\ FAX: 977-228

WILFREDO SEGARRA-MIRANDA,
TRUSTEE
PO BOX 9023385
SAN JUAN, PUERTO RICO  00902-3385

Claim 008, Payment 39.74081%
(8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

BANCO SANTANDER P.R.
BANCA INSTITUCIONAL 977
101-234/215

**CHECK NUMBER**

**3025**

| DATE | AMOUNT |
|------|--------|
| 02/13/13 | *******8,141.89 |

**CHECK IS VOID AFTER 90 DAYS**

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 07-03276   MCF | SANTOS RIVERA, SONIA IVETTE |

**PAY TO THE ORDER OF**

CLERK OF THE COURT
US POST OFFICE & COURTHOUSE
300 RECINTO SUR SUITE109
SAN JUAN, PUERTO RICO  00901

*Eight Thousand One Hundred Forty One Dollars And 89/100*

WILFREDO SEGARRA MIRANDA
CHECK IS VOID AFTER 90 DAYS

⑈0030 25⑈ ⑆0 2 ⑈50 23 4 ⑈⑆ 3004 ⑈36 23 2⑈

---

| Date: 02/13/13 | Check Number:  3025 | Amount:  8,141.89 |
|---|---|---|

Debtor Name: SANTOS RIVERA, SONIA IVETTE
Case Number: 07-03276       MCF
SSN: 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

| Paid To: | CLERK OF THE COURT<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR SUITE109<br>SAN JUAN, PUERTO RICO  00901 | WILFREDO SEGARRA-MIRANDA, TRUSTEE<br>PO BOX 9023385<br>SAN JUAN, PUERTO RICO  00902-3385 |
|---|---|---|

Description:   Claim 008, Payment 39.74081%   (8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

Bank Account Number:  3004136232

---

| Date: 02/13/13 | Check Number:  3025 | Amount:  8,141.89 |
|---|---|---|

Debtor Name: SANTOS RIVERA, SONIA IVETTE
Case Number: 07-03276       MCF
SSN: 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

| Paid To: | CLERK OF THE COURT<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR SUITE109<br>SAN JUAN, PUERTO RICO  00901 | WILFREDO SEGARRA-MIRANDA, TRUSTEE<br>PO BOX 9023385<br>SAN JUAN, PUERTO RICO  00902-3385 |
|---|---|---|

Description:   Claim 008, Payment 39.74081%   (8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

Bank Account Number:  3004136232

HARLAND · CCP

WILFREDO SEGARRA-MIRANDA,
TRUSTEE
PO BOX 9023385
SAN JUAN, PUERTO RICO 00902-3385

CO SANTANDER P.R.
A INSTITUCIONAL 977
101-234/215

**CHECK NUMBER**

**3022**

Claim 008, Payment 39.74081%
(8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

| DATE | AMOUNT |
|------|--------|
| 08/14/12 | ********8,141.89 |

**CHECK IS VOID AFTER 90 DAYS**

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 07-03276 MCF | SANTOS RIVERA, SONIA IVETTE |

**PAY TO THE ORDER OF**

EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

*Eight Thousand One Hundred Forty One Dollars And 89/100*

WILFREDO SEGARRA MIRANDA
CHECK IS VOID AFTER 90 DAYS

⑈003022⑈ ⑈021502341⑈ 3004136232⑈

---

| Date: 08/14/12 | Check Number: 3022 | Amount: 8,141.89 |
|---|---|---|

Debtor Name: SANTOS RIVERA, SONIA IVETTE
Case Number: 07-03276 MCF
SSN: 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

Paid To: EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

WILFREDO SEGARRA-MIRANDA, TRUSTEE
PO BOX 9023385
SAN JUAN, PUERTO RICO 00902-3385

Description: Claim 008, Payment 39.74081% (8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

Bank Account Number: 3004136232

---

| Date: 08/14/12 | Check Number: 3022 | Amount: 8,141.89 |
|---|---|---|

Debtor Name: SANTOS RIVERA, SONIA IVETTE
Case Number: 07-03276 MCF
SSN: 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

Paid To: EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

WILFREDO SEGARRA-MIRANDA, TRUSTEE
PO BOX 9023385
SAN JUAN, PUERTO RICO 00902-3385

Description: Claim 008, Payment 39.74081% (8-1) Lease Agreement(8-2) Lease
Agreement
(8-2) 5593147755

Bank Account Number: 3004136232



IARLAND - CCP

Case:07-03276-MCF7 Doc#:171 Filed:06/05/17 Entered:06/05/17 17:02:10 Desc: Main
Document Page 8 of 34
CM/ECF - U.S. Bankruptcy Court:prb

Page 2 of 3

| | |
|---|---|
| PO BOX 191009<br>SAN JUAN PR 00919-1009 | (cr) |
| **EUROBANK**<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | (2424894)<br>(cr) |
| **EUROLEASE**<br>PO BOX 5447<br>SAN JUAN PR 00919 | (2424896)<br>(cr) |
| **FIA CARD SERVICES**<br>PO BOX 15726<br>WILMINGTON DE 19886-5726 | (2424897)<br>(cr) |
| **INTERNAL REVENUE SERVICE**<br>MERCANTIL PLAZA BLDG ROOM 1014<br>2 AVE PONCE DE LEON STOP 27 1/2<br>SAN JUAN PR 00918-1621 | (2424898)<br>(cr) |
| **MONEY EXPRESS**<br>PO BOX 11867<br>SAN JUAN PR 00910-3867 | (2424899)<br>(cr) |
| **MONEY EXPRESS**<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (2428694)<br>(cr) |
| **P&V COLLECTION SERVICES INC**<br>EDIF BOGORICIN<br>1606 AVE PONCE DE LEON STE 102<br>SAN JUAN PR 00909-1870 | (2424900)<br>(cr) |
| **PARRA DEL VALLE & LIMERES**<br>C/O MIGUEL LIMERES GRAU ESQ<br>PO BOX 331429<br>PONCE PR 00733-1429 | (2424901)<br>(cr) |
| **Portfolio Recovery Associates, LLC.**<br>PO Box 12914<br>NORFOLK VA 23541 | (2434649)<br>(cr) |
| **PR ACQUISITIONS, LLC**<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 | (3838481)<br>(cr) |
| **PRESTAMAS**<br>19 AVE 65 DE INFANTERIA<br>MARGINAL SAN AGUSTIN KM 2.3<br>SAN JUAN PR 00923 | (2424902)<br>(cr) |
| **ROSA VICENS DIAZ ESQ**<br>EDIF WESTERNBANK PENTHOUSE | (2424903) |

**CONFIRMED, CONVERTED, REFER-CM, DISCHARGE, CLOSED**

### U.S. Bankruptcy Court
### District of Puerto Rico (Old San Juan)
### Bankruptcy Petition #: 07-03276-MCF7

|  |  |
|---|---|
| *Date filed:* | 06/13/2007 |
| *Date converted:* | 10/09/2009 |
| *Date terminated:* | 03/16/2015 |
| *Debtor discharged:* | 03/16/2015 |
| *341 meeting:* | 11/17/2009 |
| *Deadline for objecting to discharge:* | 01/16/2010 |

*Assigned to:* US BANKRUPTCY JUDGE
MILDRED CABAN FLORES
Chapter 7
Previous chapter 13
Voluntary
Asset

*Debtor disposition:* Standard Discharge

| **Debtor** | represented by **ENRIQUE ALVARADO** |
|---|---|
| **SONIA IVETTE SANTOS RIVERA** | **HERNANDEZ** |
| URB BAIROA | PO BOX 8300 |
| GORDEN GATE II | HUMACAO, PR 00792-8300 |
| B10 CALLE H | (787)428-1612 |
| CAGUAS, PR 00727 | Email: enrique.alvarado1@upr.edu |
| CAGUAS-PR | |
| SSN / ITIN: xxx-xx-7607 | |

| **Trustee** | represented by **JOSE RAMON CARRION** |
|---|---|
| **JOSE RAMON CARRION MORALES** | **MORALES (LL)** |
| PO BOX 9023884 | CHAPTER 13 TRUSTEE |
| SAN JUAN, PR 00902-3884 | PO BOX 9023884 |
| 787 977-3535 | SAN JUAN, PR 00902-3884 |
| *TERMINATED: 10/19/2009* | 787-977-3535 |
| | Email: newecfmail@ch13-pr.com |
| | |
| | **JOSE RAMON CARRION** |
| | **MORALES (ZF)** |
| | CHAPTER 13 TRUSTEE |
| | PO BOX 9023884 |
| | SAN JUAN, PR 00902-3884 |
| | 787-977-3535 |
| | Email: newecfmail@ch13-pr.com |
| | |
| | **JULIEL PEREZ (ZF)** |
| | JOSE CARRION MORALES, CH |
| | 13 TRUSTEE |
| | Email: newecfmail@ch13-pr.com |

*Trustee*
**WILFREDO SEGARRA MIRANDA**
PO BOX 9023385
SAN JUAN, PR 00902-3385
787 725-6160


*U.S. Trustee*
**MONSITA LECAROZ ARRIBAS**
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901


*U.S. Trustee*
**UNITED STATES TRUSTEE**
500 TANCA ST STE 301
SAN JUAN, PR 00901-1922

| Filing Date | # | Docket Text |
|---|---|---|
| 03/18/2015 | <u>170</u><br>(2 pgs) | Certificate of service (RE: related document(s)<u>168</u>) Notice Date 03/18/2015. (Admin.) (Entered: 03/19/2015) |
| 03/18/2015 | <u>169</u><br>(4 pgs) | Certificate of service (RE: related document(s)<u>167</u>) Notice Date 03/18/2015. (Admin.) (Entered: 03/19/2015) |
| 03/16/2015 | <u>168</u><br>(1 pg) | ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE signed on 3/16/2015 . (CENTENO GONZALEZ, ALVIN) (Entered: 03/16/2015) |
| 03/16/2015 | <u>167</u><br>(2 pgs) | DISCHARGE OF DEBTOR signed on 3/16/2015 . (CENTENO GONZALEZ, ALVIN) (Entered: 03/16/2015) |
| 03/12/2015 | | Receipt of Unclaimed - $7460.27 by JR. Receipt Number 00429236. (admin) (Entered: 03/13/2015) |
| 02/04/2015 | <u>166</u><br>(2 pgs) | Certificate of service (RE: related document(s)<u>165</u>) Notice Date 02/04/2015. (Admin.) (Entered: 02/05/2015) |
| 02/02/2015 | <u>165</u><br>(1 pg) | ORDER: Upon the order entered on September 22, 2014 (Docket No. <u>163</u>) that deems the funds deposited with this court as unclaimed funds, It is now |

| | | |
|---|---|---|
| | | ORDERED that the Clerk of the Court issue a check from the registry account in the amount of $7,407.97 payable to "Clerk US Bankruptcy Court" to be deposited with the U.S. Treasury as unclaimed moneys in favor of Debtor, SONIA IVETTE SANTOS RIVERA. (RE: related document(s)139, 160, 163). Signed on 2/2/2015.(BUJOSA BERMUDEZ, EDUARDO) (Entered: 02/02/2015) |
| 09/24/2014 | 164 (2 pgs) | Certificate of service (RE: related document(s)163) Notice Date 09/24/2014. (Admin.) (Entered: 09/25/2014) |
| 09/22/2014 | 163 (1 pg) | ORDER:The consigned monies in the amount of $7,407.97 filed by Wilfredo Segarra Miranda, Trustee (Re: Docket No. 133, 139, 160) are deemed unclaimed funds. (RE: related document(s)133, 139, 160). Signed on 9/22/2014.(MONTALVO, MARIBEL) (Entered: 09/22/2014) |
| 09/15/2014 | 162 (3 pgs) | Individual Estate Property Record and Report. Filed by WILFREDO SEGARRA MIRANDA [SEGARRA MIRANDA, WILFREDO] (Entered: 09/15/2014) |
| 08/17/2014 | 161 (3 pgs) | Certificate of service (RE: related document(s)160) Notice Date 08/17/2014. (Admin.) (Entered: 08/18/2014) |
| 08/15/2014 | 160 (1 pg) | ORDER: The Debtor, Sonia Ivette Santos Rivera, is ordered to show cause, within 21 days, why the Court should not deem the consigned monies in the amount of $7,407.97 (Docket #133), plus interests less fees, as unclaimed funds. The Clerk of the Court is to give notice to the Debtor, Creditors, and all parties as per the master address list. Order due by 9/5/2014. (RE: related document(s)133). Signed on 8/15/2014. (BUJOSA BERMUDEZ, EDUARDO) (Entered: 08/15/2014) |
| 06/01/2014 | 159 (2 pgs) | Certificate of service (RE: related document(s)158) Notice Date 06/01/2014. (Admin.) (Entered: 06/02/2014) |
| 05/30/2014 | 158 (1 pg) | ORDER GRANTING WITHDRAWAL OF UNCLAIMED FUNDS (RE: related document(s) 155). Signed on 5/30/2014.(MONTALVO, MARIBEL) (Entered: 05/30/2014) |

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Puerto Rico | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
**Sonia Santos Rivera**

Case Number
**Cap.13 #07-03276 (SEK)**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**EUROLEASE A DIVISION OF EUROBANK**

Name and address where notices should be sent:

**EUROLEASE A DIVISION OF EUROBANK**
**PO BOX 192099**
**SAN JUAN, PUERTO RICO 00919**

Telephone number: (787) 622-0101

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

**#5593147755**

Check here ☐ replaces
if this claim ☒ amends   a previously filed claim, dated **Sept. 10, 2007**

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other   **LEASE AGREEMENT**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)           (date)

**2. Date debt was incurred:**
**February 26, 2009**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 20,487.48 _____ _____ $20,487.48
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 20,487.48

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date
**March 17, 2009**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

**Luis Gonzalez-Bankruptcy division**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
## OF PUERTO RICO (OLD SAN JUAN)

| | | |
|---|---|---|
| **Sonia Ivette Santos Rivera** | § | **Case No. 07-03276-MCF7** |
| | § | |
| | § | |
| | § | **Chapter 7** |
| **Debtor(s)** | § | |

### DECLARATION OF WILLIAM R. BAUCUM IN SUPPORT OF FDIC'S
### APPLICATION FOR UNCLAIMED FUNDS

I, William R. Baucum, declare and state as follows:

1. I am a Financial Manager employed by the Federal Deposit Insurance Corporation (FDIC) in Dallas, Texas and am authorized to speak for the FDIC in this matter.

2. On information and belief Eurobank filed a proof of claim in this case.

3. The FDIC was appointed Receiver for Eurobank headquartered in San Juan, PR and all owned subsidiaries on April 30, 2010.

4. The FDIC, as Receiver for Eurobank is still the owner of the claim previously filed in this matter and has filed no other motion or application for the unclaimed dividend held by the court and the dividend is still listed as unclaimed on the database maintained by the court.

5. I attest to the facts stated herein based upon my personal knowledge and the business records of the FDIC. I have attached hereto a true and correct copy of my FDIC identification card showing my signature and picture.

6. I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on the ___25___ day of May, 2017 in Dallas, Texas.

_____
William R. Baucum

## IN THE UNITED STATES BANKRUPTCY COURT

State of Texas

County of Dallas

On _WR Baucum_ before me personally appeared William R. Baucum, personally
known to me and after being duly sworn, stated that he executed the foregoing Declaration in
Support of FDIC's Application for Unclaimed Funds in Case No. 07-03276-MCF7 under
penalty of perjury and that the same was correct and true.

_Shelly Campbell_
NOTARY PUBLIC

My Commission Expires:    8|4|2020

SHELLY CAMPBELL
My Notary ID # 126612398
Expires August 4, 2020

# FDIC AUTHORIZATION

# DOCUMENTS

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Dallas Regional Office

March 1, 2017

To Whom It May Concern:

CLAIMS FOR UNCLAIMED PROPERTY

Any one of the signatures: David B. Cooley, William R. Baucum, and Barbara Paxson are
authorized signers on claims of this nature.







David B. Cooley

William R. Baucum

Barbara Paxson

TAX EXEMPT STATUS

The Federal Deposit Insurance Corporation (FDIC) was created on June 16, 1933 by an act of
Congress, title 12 USC 181 Las an instrumentality created by the government of the United States
with certain governmental privileges granted to it.

The privileges as addressed in 12 USC 1825 (b) (1) state the Corporation, including its franchise its
capital, reserves and surplus, and its income, shall be exempt from all taxation now or hereafter
imposed by the United States, by a territory, dependency, or possession thereof, or by any state,
county, municipality or local taxing authority, except for ad valorem real property taxes. The Federal
Tax Identification Number for FDIC is 53-0185558.

David B. Cooley
Deputy Director
Federal Deposit Insurance Corporation (FDIC)

Subscribed and sworn before me this 1st day of MARCH , 2017.

in Dallas County, Texas
Notary Public



SHELLY CAMPBELL
My Notary ID # 126612398
Expires August 4, 2020







**FDIC**
**Division of Resolutions and Receiverships**
**Dallas Regional Office**
1601 Bryan Street
Dallas, Texas 75201

Telephone (214) 754-0098

April 30, 2010

Alfredo Padilla, Commissioner
Office of the Commissioner of Financial Institutions
PO Box 11855
San Juan, Puerto Rico 00910-3855

**Subject:**     **Eurobank**
                 **San Juan, Puerto Rico**
                 **Acceptance of Appointment as Receiver**

Dear Mr. Padilla:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION

By: _____
    Name: Robert W. Chamberlain
    Title:  Receiver-in-Charge

H.01.b LDCMFI/Accept Appointment as Receiver.doc                    04/08



COMMONWEALTH OF PUERTO RICO
COMMISSIONER OF FINANCIAL INSTITUTIONS

ALFREDO PADILLA
Commissioner

April 30, 2010

**BY PERSONAL DELIVERY**

Federal Deposit Insurance Corporation
550 Seventeenth Street, N.W.
Washington, D.C. 20429

**RE: EUROBANK**

Gentlemen:

Pursuant to Section 30 of the Banking Law of Puerto Rico (7 L.P.R.A. Sec. 201), I am writing with respect to the "Notification of Formal Enforcement Action" (the "Notification") issued by the Federal Deposit Insurance Corporation ("FDIC") in its capacity as a federal bank supervisory agency, dated April 27, 2010 and addressed to Eurobank (the "Bank").

In the Notification the FDIC gives formal notice to the Bank of the findings of a joint special examination performed by the FDIC and the Office of the Commissioner of Financial Institutions (the "Office"). The Notification formally advises the Bank that it has been found to be in a financially critically deficient situation. As a result of this finding, the bank has been issued a Prompt Correction Action ("PCA") directive which, among other things, bars the Bank from accepting, renewing or rolling over any brokered deposits.

As a result of all of the above, I have determined that the Bank is not in a sound financial condition to continue its operations. As a result, it is necessary for me to assume control of the Bank for the purpose of its total liquidation.

Pursuant to Section 30 mentioned above, I hereby tender receivership of the Bank and appoint you as its Receiver. It is requested that as Receiver you proceed with the total liquidation of the Bank in such manner as your deem appropriate in your discretion pursuant to the provisions of the Federal Deposit Insurance Act, without further supervision by this Office.

Appointment of Receiver
Eurobank Puerto Rico
April 30, 2010
Page 2 of 2



If this tender is accepted by you, you are requested to advise us by signing below and returning to us the enclosed copy of this letter.

On this date I have fully informed the Governor of the Commonwealth of Puerto Rico in writing of the details and basis for my actions with respect to and of our intention of tendering to you the receivership of the Bank, as per the attached copy of the letter to the Governor.

Cordially,

ACCEPTANCE OF DESIGNATION AS RECEIVER

The appointment as Receiver of the Bank is hereby accepted.

By: _____

Name: _Robert W. Chamberlain_

Title: _Receiver-in-Charge_

Date: _4·30·10_

Estado Libre Asociado de Puerto Rico
Oficina del Comisionado de Instituciones Financieras
San Juan, Puerto Rico

En el asunto de:

Eurobank

Caso Núm.

Sobre: ORDEN Y
NOMBRAMIENTO DE SINDICO
bajo la Sección 30 de la Ley Núm. 55 de 12
de mayo de 1933, conocida como "Ley de
Bancos"

## ORDEN

El Comisionado de Instituciones Financieras (en adelante, el "Comisionado"), por
los fundamentos consignados en esta Orden, determina que Eurobank, (en lo sucesivo,
"Eurobank" o el "Banco") no está en buenas condiciones económicas para continuar sus
negocios. Por lo tanto, a tenor con lo dispuesto en la sección 30 de la Ley de Bancos de
Puerto Rico, citada más adelante, el Comisionado ha decidido asumir inmediatamente la

dirección y administración de Eurobank y nombrar a la Corporación Federal de Seguro
de Depósitos (la "FDIC" por sus siglas en inglés para "Federal Deposit Insurance
Corporation'), como síndico (en adelante, la "FDIC" o el "Síndico").

## JURISDICCION

La Ley Número 4 de 11 de octubre de 1985, según enmendada, conocida como
"Ley de la Oficina del Comisionado de Instituciones Financieras", (en adelante
denominada, "Ley Núm. 4")[1] le impone a la Oficina del Comisionado de Instituciones
Financieras de Puerto Rico, (en lo sucesivo denominada, "la OCIF"), la responsabilidad
de fiscalizar y supervisar las instituciones financieras que operen o hagan negocios en
Puerto Rico.

En armonía con la Ley Núm. 4, el Comisionado administra la Ley Número 55 de
12 de mayo de 1933, según enmendada, conocida como "Ley de Bancos", (en adelante
denominada, "Ley Núm. 55").[2] La Ley Núm. 55 faculta al Comisionado a fiscalizar y

---

[1] 7 L.P.R.A. secciones 2001 et seq.
[2] 7 L.P.R.A. secciones 1 et seq.

1

reglamentar las operaciones de toda corporación que se dedique al negocio bancario en Puerto Rico. A tenor con las disposiciones de la Ley Núm. 55, todo banco que se dedique a negocios bancarios para todos los fines, está obligado a cumplir con las disposiciones de la Ley y el Reglamento aplicable.

La Ley Núm. 55 le confiere a la OCIF jurisdicción primaria sobre la materia objeto de esta Orden. Por tanto, el Comisionado emite la misma al amparo de las disposiciones legales antes reseñadas, por entender que Eurobank no está en buenas condiciones económicas para continuar operando sus negocios bancarios.

## DETERMINACIONES DE HECHOS



1. Eurobank es una corporación que opera como un banco comercial, sujeto a las disposiciones de la Ley Núm. 55.

2. El 9 de octubre de 2009, la FDIC emitió una Orden de Cese y Desista, en la cual, entre otras cosas, requirió a Eurobank someter un plan de capitalización aceptable para obtener y mantener capital suficiente en el banco.

3. Eurobank no ha cumplido con el requerimiento de capitalización de la antedicha Orden de Cese y Desista.

4. El 27 de abril de 2010, la FDIC expidió al Banco una notificación formal titulada "Notification of Formal Enforcement Action" (en adelante, la "Notificación").

5. La FDIC emitió la Notificación para notificar formalmente a Eurobank de los hallazgos de un examen conjunto realizado por la FDIC y la OCIF.

6. Los hallazgos fueron informados a la gerencia y oficiales del Banco en una reunión celebrada el 27 de abril de 2010. De manera similar, los hallazgos fueron informados a la Junta de Directores de Eurobank en una reunión celebrada el 28 de abril de 2010. Ambas reuniones fueron celebradas con representantes de la FDIC, con el Comisionado y otros representantes de la OCIF.

7. Específicamente, la FDIC emitió la Notificación para notificar formalmente a Eurobank que a la luz de los hallazgos de un examen conjunto realizado por la FDIC y la OCIF, el banco se encontraba en una situación "críticamente deficiente".

8. En la Notificación emitida por la FDIC se le advirtió a Eurobank que a la luz de las disposiciones de la sección 38 de la ley federal titulada "Federal Deposit Insurance Act" (la "FDIA"), 12 U.S.C. §1831o, Eurobank se encuentra en una condición allí descrita como críticamente deficiente.

9. En la Notificación, la FDIC le informa formalmente a Eurobank que en vista de los hallazgos contenidos en la misma Notificación, la FDIC ha determinado que según lo dispuesto en la sección 38 de la FDIA, 12 U.S.C. §1831o, Eurobank se considera dentro de la categoría de "critically undercapitalized", razón por la cual la FDIC viene obligada a exigir "Prompt Corrective Action" (en adelante, "PCA") de parte del Banco.



10. Basado en la necesidad de tomar medidas de PCA, en la antedicha Notificación la FDIC le advirtió a Eurobank que a partir de ese momento se le prohibía, entre otras cosas, solicitar, aceptar, renovar o prorrogar ningún 'brokered deposit'. Esta prohibición es aplicable a los bancos que no cuentan con capital suficiente y está dispuesta en la sección 337.6(b) de las reglas y reglamentos de la FDIC, 12 C.F.R. §337.6(b)(3).

11. Dada la prohibición de la FDIC, la inhabilidad de Eurobank para gestionar "brokered deposits" tiene el efecto de poner en peligro su liquidez, al enfrentar la probabilidad de no contar con fondos suficientes para atender los requerimientos de retiro de depósitos y órdenes de pago.

12. Según informado a los oficiales, gerencia y la Junta de Directores del Banco, la situación financiera de Eurobank es la siguiente:

   a. la calidad de los activos de Eurobank es críticamente deficiente y presenta una amenaza inminente a la viabilidad del Banco.

   b. La reserva de Eurobank para pérdidas en préstamos clasificados es gravemente insuficiente.

3

   c.  Al considerar las pérdidas operacionales y provisiones requeridas para la reserva para préstamos clasificados de Eurobank, el capital del Banco es deficiente y amenaza la viabilidad del Banco.

13.   Fundamentándose en todo lo anterior, tanto la FDIC como la OCIF han concluido que la precaria situación de Eurobank representa un peligro inminente para los depositantes y acreedores del Banco en particular y al bienestar público en general, todo lo cual justifica la presente acción.

## CONCLUSIONES DE DERECHO

El artículo 10[16] de la Ley Núm. 4[3] faculta al Comisionado a: ·

...

> [16] Aceptar, a su entera discreción, cualquier informe de examen o informe de investigación de cualquier otra agencia supervisora de instituciones financieras de cualquier otra jurisdicción, con jurisdicción concurrente sobre una institución financiera organizada en o haciendo negocios en Puerto Rico, en sustitución del examen o investigación de tal institución financiera por parte del propio Comisionado.

Por su parte, la sección 30 de la Ley Núm. 55[4] establece que:

> Si a consecuencia de un examen hecho o de un informe dado por un examinador, el Comisionado tuviese evidencia de que un banco o banco extranjero no está en buenas condiciones económicas para continuar los negocios, o que está administrado de tal manera que el público o las personas y entidades que tengan fondos o valores bajo su custodia estén en peligro de ser defraudados, el Comisionado asumirá la dirección y administración del banco, nombrará con prontitud un síndico, que en el caso de bancos asegurados podrá ser la Corporación Federal de Seguro de Depósitos, e inmediatamente informará los detalles y fundamentos de su actuación al Gobernador de Puerto Rico. El síndico así nombrado administrará el banco de acuerdo con las disposiciones de [ésta Ley Núm. 55] y de los reglamentos promulgados en virtud de las mismas.
>
> Dicha sindicatura terminará con la total liquidación del banco si así fuere necesario o cuando las operaciones del mismo según lo certifique el síndico, permitan, a juicio del Comisionado, devolver la administración del banco a sus funcionarios y oficiales, debidamente electos y nombrados, bajo aquellas circunstancias que estipule el Comisionado. El Comisionado podrá fijar una compensación razonable por los servicios del síndico y los empleados de éste. La

---

[3] 7 L.P.R.A. sec. 2010[16]

[4] 7 L.P.R.A. §201

4

*determinación del Comisionado de asumir la administración
y dirección de un banco o de nombrar un síndico podrá ser
revisada por el Tribunal de Primera Instancia, Sala Superior
de San Juan, mediante recurso radicado dentro del término
de diez (10) días contados a partir de la fecha de la
determinación.*

Según antes expresado, la FDIC y la OCIF han concluido que Eurobank no está

en buenas condiciones económicas para continuar sus negocios y su precaria situación

representa un peligro inminente al bienestar público, lo cual justifica la presente acción

inmediata.

ORDEN

POR TODO LA ANTERIOR, SE DECLARA Y SE ORDENA como sigue:

1. El Comisionado asume la dirección y administración de Eurobank.

2. En este mismo acto el Comisionado nombra a la FDIC como Síndico
   de Eurobank.

APERCIBIMIENTOS



A tenor con lo dispuesto en la sección 30 de la Ley Núm. 55, Eurobank tiene

derecho a solicitar la revisión judicial de la determinación del Comisionado de asumir la

administración y dirección del Banco y de nombrar al Síndico mediante un recurso de

revisión judicial especial radicado dentro del término de diez (10) días contados a partir

de la fecha de la determinación del Comisionado.

A petición de la parte afectada por esta Orden y conforme a la sección 3.17 de la Ley

Núm. 170, la OCIF está preparada y en posición de proceder prontamente a llevar a

cabo cualquier procedimiento administrativo, incluyendo la celebración de una vista

administrativa de emergencia. Dicha petición será mediante solicitud escrita al efecto,

dirigida al Comisionado de Instituciones Financieras y radicada en la Oficina del

Comisionado de Instituciones Financieras, Piso 6, Edificio Centro Europa, 1492 Avenida

Ponce de León, San Juan, P.R. 00907-4024.

De llevarse a cabo la vista administrativa de emergencia, por la naturaleza de las

circunstancias extraordinarias envueltas en este asunto, a tenor con lo dispuesto en la

sección 3.9 de la LPAU, 3 L.P.R.A. §2159, por la presente se autoriza acortar los términos

dispuestos en el Reglamento Número 3920 del 23 de Junio de 1989, según

5

enmendado, conocido como "Reglamento para Reglamentar los Procedimientos de Adjudicación bajo la Jurisdicción de la Oficina del Comisionado de Instituciones Financieras".

La radicación de una solicitud de vista no paralizará, ni modificará de manera alguna los términos de la presente ORDEN a menos que el Comisionado o un Tribunal con competencia disponga otra cosa.

Dada en San Juan, Puerto Rico, hoy 30 de abril de 2010.

*Esta Orden es efectiva inmediatamente.*

*REGISTRESE Y NOTIFIQUESE.*

Alfredo Padilla Cintrón
Comisionado de Instituciones Financieras

### CERTIFICACION DE DILIGENCIAMIENTO PERSONAL

POR LA PRESENTE CERTIFICO que personalmente entregué una copia fiel y exacta de esta ORDEN hoy 30 de abril de 2010, mediante la entrega a la mano a un oficial o director de Eurobank, y al Síndico, mediante entrega a un representante autorizado del mismo.

Firmado por: _____
Nombre:    Lcda. Griselle Morales Rodríguez
Título:    Asesora Legal General-OCIF


Recibido por: _____
(Firma de oficial o director del Banco)
Nombre:    Rafael Arrillaga
Título:    Mariana Olao

6

# NOTICE OF APPOINTMENT



**Federal Deposit Insurance Corporation**
1601 Bryan St., Dallas, TX 75201

William R. Baucum, Financial Manager
Division of Resolutions and Receiverships
**Unclaimed Property Group**
(972) 761-8610

Fund: 10229

### NOTICE OF APPOINTMENT

The Federal Deposit Insurance Corporation (FDIC) was appointed Receiver for EUROBANK
headquartered in San Juan, PR and all owned subsidiaries on APRIL 30, 2010.

**Subsidiaries**

EBS Overseas, Inc.

Signed _____    William R. Baucum

**Financial Manager**
Title

Subscribed before me this  25th

day of  May , 2017

_Linda McNutt_
Witness

# GENERAL REFERENCE

# TO FDIC

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

## *General Reference to FDIC Powers and Duties*

### 12 USC 1811 [H.R. 12781]
### "Financial Institutions Reform, Recovery, and Enforcement Act of 1989"

Title I1 - Federal Deposit Insurance Corporation
Sec. 212. Conservatorship and Receivership powers of the Corporation
(d) Powers and duties of Corporation as Conservator or Receiver
**(2)** General Powers
**(A)** Successor to Institution -the Corporation shall, as conservator or
receiver, and by operation of law, succeed to -
(i) all rights, titles, powers and privileges of the *insured depository
institution,* and of any stockholder, member, accountholder, depositor, officer
or director of such institution with respect to the institution and the assets of
the institution; and
(ii) title to the books, records and assets of any previous conservator or other
legal custodian of such institution

### *Reference where FDIC is Successor to the RTC*

### 12 USC 1811 [H.R. 12781
### "Financial Institutions Reform, Recovery, and Enforcement Act of 1989"

Title V - Financing for Thrift Resolutions
Subtitle A - Oversight Board and Resolution Trust Corporation
Termination
(1) In general - The Corporation (RTC) shall terminate not later than December
31, 1996. If at the time of its termination the Corporation is acting as a
conservator or receiver, the Federal Deposit Insurance Corporation shall succeed
the Corporation as conservator or receiver.

### *Reference where RTC is Successor to the FSLIC & FADA*

### 12 USC 1811 [H.R. 12781
### "Financial Institutions Reform, Recovery, and Enforcement Act of 1989"

Title V - Financing for Thrift Resolutions
Subtitle A - Oversight Board and Resolution Trust Corporation
Sec. 501 (b) Resolution Trust Corporation Established -
(1) Establishment -
(A) There is hereby established a corporation known as the Resolution Trust
Corporation which shall be an instrumentality of the United States.

(B) Status - The Corporation shall be deemed to be an Agency of the United
States for the purpose of subchapter I1 of chapter 5 and chapter 7 of title 5,
United States Code, when it is acting as a corporation. The Corporation, when

it is acting as a conservator or receiver of an insured depository institution,
shall be deemed to be an agency of the United States to the same extent as the
Federal Deposit Insurance Corporation when it is acting as a conservator or
receiver of an insured depository institution.

(C) FDIC as Exclusive manager - Immediately upon enactment of the
Financial Institutions Reform, Recovery, and Enforcement Act of 1989, the
Federal Deposit Insurance Corporation shall be authorized to and shall perform
all responsibilities of the Corporation, and shall continue to do so unless
removed pursuant to subsection (m).

*(6)* Successor to FSLIC as Conservator or receiver. - As of the date of enactment
of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989,
the Corporation shall succeed the Federal Savings and Loan Insurance
Corporation as conservator or receiver with respect to any institution for which
the Federal Savings and Loan Insurance Corporation was appointed
conservator or receiver during the period beginning on January 1 , 1989 and
ending on such date of enactment.

*(F)* FADA - Before the end of the 180-day period beginning on the date of the
enactment of the Financial Institutions Reform, Recovery and Enforcement Act of
1989, the Corporation shall liquidate the Federal Asset Disposition Association.

### Federal Asset Disposition Association (FADA)

*The Federal Asset Disposition Association (FADA) was created in the fourth
quarter of 1985 by the Federal Home Loan Bank Board (FHLBB) to aggressively
manage non-performing assets of the FSLIC receiverships and financially
troubled savings and loan companies, and effectively dispose of them. FADA was
formed as a federally chartered stock savings and loan association pursuant to
Section 406 of the National Housing Act of 1934. The mission of FADA was to
assist in strengthening the financial health of the Federal Savings and Loan
Insurances Company (FSLIC) and the Savings and Loan industry by using private
sector management and marketing techniques to manage the disposition of
obtaining the best possible return.*

*The administrative offices of FADA were located in Washington, D. C. with
regional field offices in Atlanta, Dallas, Los Angeles and Denver. FADA
operated under the direction of a Board of Directors with day-to-day operation
managed by officials appointed by this Board. Assets were assigned to various
FADA regions based upon their geographical location and, within each region;
the management was segregated and assigned by departmental specialty. The
four primary departments within FADAs organizational structure were Whole
Loans, Participation Loans, Property Management, and REO Sales. There were
numerous support functions, such as legal, finance and accounting, appraisal,
and contracting.*

*FADA was placed into RTC receivership in February 1990, as mandated by
Section 501 (a) fl of the Financial Institutions Reform, Recovery and Enforcement
Act (FIRREA) of 1989.*



**FDIC**

**Federal Deposit Insurance Corporation**
**Dallas Regional Office**
1601 Bryan, Street Suite 15058
Dallas, Texas  75201
FAX: (972) 761-8181

Legal Division

June 2, 2017

Clerk, U.S. Bankruptcy Court
District of Puerto Rico
José V. Toledo Federal Building & US Courthouse
300 Recinto Sur Street
San Juan, PR 00901

      RE:   Sonia Ivette Santos Rivera
              Bankruptcy Case No. 07-03276-MCF7
              Petition for Payment of Unclaimed Funds

Dear Clerk:

Enclosed please find for filing, Claimant Federal Deposit Insurance Corporation as Receiver for
Eurobank (Fund 10229), Petition for Payment of Unclaimed Funds under 28 U.S.C. Section
§2024, along with pertinent attachments and proposed order.  Please note that the original claim
was filed under Eurobank.  The chain of ownership is delineated in the Declaration of William R.
Baucum in Support of FDIC's Application for Unclaimed Funds.  The unclaimed funds were
paid into the registry of the court in above captioned matter.

Enclosed is an extra copy of the Petition for Payment of Unclaimed Funds for stamping.  Please
return it in the enclosed self-addressed envelope.

A copy has been sent to the U.S. Attorney, pursuant to the statute, 28 U.S.C. §2042.

If you have any questions regarding the enclosed matter, please contact our office.  Thank you
for your assistance.

                Very Truly Yours,

                Carl T. Maxwell III
                Government Attorney Number:  G02404
                FDIC Legal Counsel
                (972) 761-8099

cc:    William R. Baucum