IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SONIA IVETTE SANTOS RIVERA

XXX-XX-7607

Debtor(s)

CASE NO. 07-03276 MCF

Chapter 7

FILED & ENTERED ON 9/1/2017

ORDER

The application for payment of unclaimed funds filed by the FDIC as Receiver for Eurobank (docket entry #171) is hereby granted. The Clerk shall disburse the amount of $8,141.89 to FDIC as Receiver for Eurobank.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 1st day of September, 2017.

*Mildred Caban*
Mildred Caban Flores
U. S. Bankruptcy Judge

c: DEBTOR(S)
ENRIQUE ALVARADO HERNANDEZ
WILFREDO SEGARRA MIRANDA
FINANCE DEPT.